DEBORAH M. SMITH
Acting United States Attorney

DANIEL R. COOPER, JR.
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-3376
Fax: (907) 271-3224
daniel.cooper@usdoj.gov
Alaska Bar No. 8211109

Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ONE CITIZEN WATCH WITH ) <br> GOLD NUGGET BAND ) <br> (S/N 245570) AND ONE GOLD ) <br> RING WITH ) <br> DIAMONDS, ) <br> ) <br> Defendant. ) <br> _____) | Case No.   3:06-cv- <br><br> **VERIFIED COMPLAINT FOR** <br> **FORFEITURE** |

COMES NOW Plaintiff United States of America, by and through counsel, and respectfully states as follows:

I.

This is a civil action in rem brought to forfeit and condemn to the use and benefit of the United States of America the following property: ONE CITIZEN WATCH WITH GOLD NUGGET BAND (S/N 245570) AND ONE GOLD RING WITH DIAMONDS ("Defendant Property"), which property is a thing of value and proceeds traceable to an exchange for a controlled substance in violation of 21 U.S.C. § 841, and is therefore subject to civil forfeiture pursuant to 21 U.S.C. § 881(a)(6).

II.

This Court has jurisdiction over this matter by virtue of 28 U.S.C. §§ 1345 and 1355, and 21 U.S.C. § 881(a)(6). This is a forfeiture proceeding based upon violations of 21 U.S.C. §§ 841 and 881.

III.

On May 16, 2006, the Federal Grand Jury returned a Fourth Superseding Indictment against Roderick Ondra Williams, Byron Williams, Tonya E. Chaison, Paula Marie Roberds and Shirlee Ann Kakaruk for drug conspiracy. Roderick Williams was also charged in that indictment with maintaining a premises for the purpose of manufacturing, distributing, and using cocaine, and with possession of controlled substance with the intent to distribute. Case No. 3:05-cr-076-RRB.

On December 15, 2005, Drug Enforcement Administration (DEA) agents and Anchorage Police Department (APD) officers arrested Roderick Williams on an outstanding arrest warrant for Drug Conspiracy. At the time of the arrest, Roderick Williams was wearing the Defendant Property on his person. At the time of his arrest, officers located $3415.00 in cash on the person and in the vehicle of Roderick Williams. The vehicle in which Williams was riding also contained digital scales on which was located a substance that field tested positive for cocaine residue. Roderick Williams has had no known employment since this investigation began.

IV.

On December 15, 2005, law enforcement officers seized the Defendant Property from the person of Roderick Williams. The Defendant Property is now in the custody of the United States Marshals Service pending forfeiture proceedings.

V.

On January 23, 2006, DEA sent timely notice of the seizure and forfeiture proceedings concerning the Defendant Property via U.S. Mail, to the following: (1) Henry Graper, Esq. (counsel for Roderick Williams) at 737 M Street, Anchorage, AK 99501 (attached Exhibit 1); (2) Roderick Williams at 1303 West 23rd Street, Apartment 28, Anchorage, AK 99503 (attached Exhibit 2); (3)

Roderick Williams, Prisoner ID No. 156957 at the Anchorage Correctional Complex, 1300 East 4th Avenue, Anchorage, AK 99501 (attached Exhibit 3); and (4) Paula Marie Roberds at 1303 West 23rd Street, Apartment 28, Anchorage, AK 99503 (attached Exhibit 4).

VI.

On February 6, 13, and 20, 2006, DEA published notice of the seizure and forfeiture proceedings concerning the Defendant Property in the Wall Street Journal.

VII.

On February 28, 2006, DEA received a claim of ownership of the Defendant Property filed by Mr. Williams via his counsel, Lance C. Wells (see attached Exhibit 5).

VIII.

The Defendant Property constitutes a thing of value and proceeds traceable to an exchange for a controlled substance in violation of 21 U.S.C. § 841, and is therefore subject to civil forfeiture pursuant to 21 U.S.C. § 881(a)(6).

WHEREFORE, Plaintiff United States of America prays that:

1.  A Warrant In Rem issue for the arrest of the Defendant, ONE CITIZEN WATCH WITH GOLD NUGGET BAND (S/N 245570) AND ONE

GOLD RING WITH DIAMONDS;

2. That due notice be given to all parties to appear and show cause why the forfeiture should not be decreed;

3. That judgment be entered declaring the Defendant, ONE CITIZEN WATCH WITH GOLD NUGGET BAND (S/N 245570) AND ONE GOLD RING WITH DIAMONDS, forfeited to the United States of America for disposition according to law; and

4. That the United States of America be granted such other relief as this Court may deem just and proper, together with the costs and disbursements of this action.

DATED this 25th day of May, 2006 in Anchorage, Alaska.

>DEBORAH M. SMITH
>Acting United States Attorney
>
>/s/ Daniel Cooper
>
>DANIEL R. COOPER, JR.
>Assistant U.S. Attorney
>222 W. 7th Avenue, #9, Room 253
>Anchorage, AK 99513-7567
>Phone: (907) 271-3376
>Fax: (907) 271-3224
>Email: daniel.cooper@usdoj.gov
>Alaska Bar No. 8211109

## VERIFICATION

I have read the contents of the foregoing Complaint for Forfeiture, and the exhibits thereto, and the statements contained therein are true to the best of my knowledge and belief.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on this 25th day of May, 2006 in Anchorage, Alaska.

_____
DANIEL R. COOPER, JR.
Assistant U.S. Attorney

SUBSCRIBED AND SWORN to before me on this 25th day of May, 2006 in

Anchorage, Alaska.

_____
NOTARY PUBLIC, State of Alaska
My commission expires

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of May, 2006, a true and correct copy of the foregoing VERIFIED COMPLAINT FOR FORFEITURE was served on the following, as indicated:

Lance C. Wells, Counsel for Roderick Williams   (served electronically)
Attorney At Law
733 W. 4th Ave., Suite 308
Anchorage, AK 99501

RODERICK WILLIAMS (served via Certified U.S. Mail, Return Receipt Requested)
Anchorage Correctional Complex East
1400 East 4th Avenue
Anchorage, AK 99501

Henry Graper, Esq.
737 M Street
Anchorage, AK 99501

Paula Marie Roberds
1303 West 23rd Street, Apartment 28
Anchorage, AK 99503

K Joy McCulloch
Office of the United States Attorney