**LAW OFFICES OF LANCE CHRISTIAN WELLS**
A Professional Corporation
733 W. Fourth Avenue, Suite 308
Anchorage, Alaska 99501
(907) 274-9696
e-mail: lwells@gci.net
Fax No. (907) 277-9859

February 20, 2006

Forfeiture Counsel
Asset Forfeiture Section
Office of Operations Management
Drug Enforcement Administration
HQs Forfeiture Response
P.O. Box 1475
Quantico, Virginia 22134-1475

       Re: **Roderick Williams**
          **Asset I.D. # 06-DEA-461307**
          **Case No. RG-05-0044**
          **Property: assorted jewelry: one watch with band**
          **and one ring**
          **Seizure date: December 15, 2005**
          **Seizure place: Anchorage, Alaska**

Dear Forfeiture Council:

  I represent Mr. Roderick Williams. Mr. Williams is contesting forfeiture of his watch, watch band and ring which were taken from him at the time of his arrest on or about December 15, 2005, at or near Anchorage, Alaska, District of Alaska.

  This claim is being made pursuant to Title 18, U.S.C. §983(a)(2)(D).

  This claim by Mr. Roderick Williams is supported by his attached signed and notarized affidavit. His affidavit is made under oath, and subject to the penalties of perjury set forth in Title 18, U.S.C. §983(a)(2)(C).

  The affidavit of Mr. Williams sets forth the basis of his contest to the forfeiture of the above three referenced items.

  Should you have any questions, please do not hesitate to contact me at the above number or address.

                Sincerely,
                LAW OFFICES OF LANCE C. WELLS, P.C.

              By: _____
                 Lance C. Wells

cc: client

                      Exhibit _5_

## AFFIDAVIT OF RODERICK WILLIAMS

STATE OF ALASKA           )
                          ) ss:
THIRD JUDICIAL DISTRICT   )

I, Roderick Williams, depose and state as follows.

1. I was arrested in Anchorage, Alaska, on or about December 15, 2005, in the District of Alaska.

2. At the time, I was wearing a watch and ring.

3. The asset I.D. number assigned is 06-DEA-461307.

4. I make this affidavit under the penalty of perjury as set forth in Title 18, U.S.C. §983(a)(2)(C).

5. I am seeking the return of my watch and ring taken from me.

6. The property taken was not used or acquired as a result of a violation of the Controlled Substances Act as set forth in Title 21, U.S.C. §801 et seq.

7. I acquired these items legitimately and not from any illegal source.

8. As to the watch and band, they were purchased by me from David's Jewelers in approximately July/August 2005 for the sum of approximately $1,200. The ring was purchased around the same time from JC Penney's Anchorage, Alaska location for the sum of approximately three hundred dollars. The money for these purchases came from my sister Rhonda Williams who sent to me a total of $2,000.00 in 2005.

LAW OFFICES
OF LANCE
CHRISTIAN WELLS
*A Professional Corporation*
733 W. 4th Avenue
Suite 308
Anchorage, AK 99501
Ph (907) 274-9696
Fax (907) 277-9859

9. The items were not purchased with funds that were obtained illegally.

10. I am seeking the return, and contest the forfeiture, of my watch, watch band and ring.

11. The asset description set forth on the DEA's notice of seizure, attached as page 2, sets forth a sufficient asset description of the items taken from me.

12. These items belong to me.

13. I am not making a frivolous claim.

14. I seek the return of these items to me.

15. These items have been improperly seized, and noticed for forfeiture. I hereby contest this and demand a court hearing.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

DATED at Anchorage, Alaska, this ___ day of February 2006.

_____
Roderick Williams

SUBSCRIBED AND AFFIRMED before me this ___ day of February 2006, at Anchorage, Alaska.

_____
Notary in and for Alaska
My commission expires 6·18·09

LAW OFFICES
OF LANCE
CHRISTIAN WELLS
A Professional
Corporation
733 W. 4th Avenue
Suite 308
Anchorage, AK 99501
Ph (907) 274-9696
Fax (907) 277-9859

*AFFIDAVIT OF RODERICK WILLIAMS*
*Page 2 of 2*

Asset List for Personal Seizure Notice                                          January 20, 2006 (10:23am)

Agency Case: RG-05-0044  WILLIAMS, Byron                                        Seizure No: N-18

| ASSET ID | ASSET DESCRIPTION | VIN/SERIAL NO. |
|---|---|---|
| 06-DEA-461307 | 1 Gold flexible Watch band with 2 attached gld nuggets | N/A |
| | 2 Watch, 15 pts cr. w/nuggets | N/A |
| | 3 Ring, chain store brand, light weight | N/A |