DEBORAH M. SMITH
Acting United States Attorney

DANIEL R. COOPER, JR.
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-3376
Fax: (907) 271-3224
daniel.cooper@usdoj.gov
Alaska Bar No. 8211109

Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:06-cv- |
| | ) | |
| Plaintiff, | ) | **NOTICE OF RELATED CASE** |
| | ) | |
| v. | ) | |
| | ) | |
| ONE CITIZEN WATCH WITH | ) | |
| GOLD NUGGET BAND (S/N 245570) | ) | |
| AND ONE GOLD RING WITH | ) | |
| DIAMONDS, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

COMES NOW Plaintiff United States of America, by and through counsel, pursuant to D. Ak. Local Rule 40.2, and hereby notifies the Court of another criminal case which is related to this civil forfeiture action.

The related criminal case was brought before the United States District Court for the District of Alaska, titled <u>United States v. Byron Williams, et. al.</u>, Case No. 3:05-cr-00076-RRB, pursuant to a August 16, 2005 Indictment and a May 16, 2006 Fourth Superseding Indictment. The criminal case is related to this civil forfeiture case because: (1) the Defendant Property is subject to forfeiture in this case based upon the same factual basis involved in the criminal case; and (2) the criminal defendant Roderick Williams is a claimant in this civil forfeiture action.

Therefore, because the aforementioned case is still pending before the Court, assignment of these cases to the Honorable Ralph R. Beistline would likely be the most efficient use of judicial time and resources.

DATED this 25th day of May, 2006 in Anchorage, Alaska.

>
> DEBORAH M. SMITH
> Acting United States Attorney
>
> s/Daniel R. Cooper, Jr.
> DANIEL R. COOPER, JR.
> Assistant U.S. Attorney
> 222 W. 7th Avenue, #9, Room 253
> Anchorage, AK 99513-7567
> Phone: (907) 271-3376
> Fax: (907) 271-3224
> Email: daniel.cooper@usdoj.gov
> Alaska Bar No. 8211109

**CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of May, 2006, a true and correct copy of the foregoing NOTICE OF RELATED CASE was served on the following, as indicated:

LANCE C. WELLS, Counsel for Roderick Williams    (served electronically)
Attorney At Law
733 W. 4th Ave., Suite 308
Anchorage, AK 99501

RODERICK WILLIAMS    (served via Certified U.S. Mail, Return Receipt Requested)
Anchorage Correctional Complex East
1400 East 4th Avenue
Anchorage, AK 99501

Henry Graper, Esq.
737 M Street
Anchorage, AK 99501

Paula Marie Roberds
1303 West 23rd Street, Apartment 28
Anchorage, AK 99503


   s/Daniel R. Cooper, Jr.