DEBORAH M. SMITH
Acting United States Attorney

DANIEL R. COOPER, JR.
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-3376
Fax: (907) 271-3224
daniel.cooper@usdoj.gov
Alaska Bar No. 8211109

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. |
| ) | |
| Plaintiff, ) | **REQUEST FOR JUDICIAL ISSUANCE** |
| ) | **OF IN REM WARRANT OF ARREST** |
| v. ) | |
| ) | |
| ONE CITIZEN WATCH WITH ) | |
| GOLD NUGGET BAND (S/N 245570) ) | |
| AND ONE GOLD RING WITH ) | |
| DIAMONDS, ) | |
| ) | |
| Defendant. ) | |
| ) | |

COMES NOW Plaintiff United States of America, by and through counsel, and pursuant to Rule C(3) of Certain Admiralty and Maritime Claims and Federal Rules of Civil Procedure and the Verified Complaint for Forfeiture filed contemporaneously herewith, and hereby requests judicial issuance of an <u>in rem</u> warrant of arrest for the Defendant property described as ONE CITIZEN WATCH WITH GOLD NUGGET BAND (S/N 245570) AND ONE GOLD RING WITH DIAMONDS. A proposed warrant is filed herewith.

DATED this 25th day of May, 2006 in Anchorage, Alaska.

DEBORAH M. SMITH
Acting United States Attorney

s/Daniel R. Cooper, Jr.
DANIEL R. COOPER, JR.
Assistant U.S. Attorney
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-3376
Fax: (907) 271-3224
Email: daniel.cooper@usdoj.gov
Alaska Bar No. 8211109

**CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of May, 2006, a true and correct copy of the foregoing was served on the following, as indicated:

LANCE C. WELLS, Counsel for Roderick Williams    (served electronically)
Attorney At Law
733 W. 4th Ave., Suite 308
Anchorage, AK 99501

RODERICK WILLIAMS    (served via Certified U.S. Mail, Return Receipt Requested)
Anchorage Correctional Complex East
1400 East 4th Avenue
Anchorage, AK 99501

Henry Graper, Esq.
737 M Street
Anchorage, AK 99501

Paula Marie Roberds
1303 West 23rd Street, Apartment 28
Anchorage, AK 99503

   S/ Daniel R. Cooper, Jr.

U S v One Citizen Watch and One Gold Ring
3:06-cv-                                            2