IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 3:06-cv- |
| ) | |
| Plaintiff, ) | **IN REM WARRANT OF ARREST** |
| ) | |
| v. ) | |
| ) | |
| ONE CITIZEN WATCH WITH ) | |
| GOLD NUGGET BAND (S/N 245570) ) | |
| AND ONE GOLD RING WITH ) | |
| DIAMONDS, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**TO: THE UNITED STATES MARSHALS SERVICE FOR THE DISTRICT OF ALASKA**:

WHEREAS, a Verified Complaint for Forfeiture was filed in the United States District Court for the District of Alaska, alleging that the Defendant Property described as ONE CITIZEN WATCH WITH GOLD NUGGET BAND (S/N 245570) AND ONE GOLD RING WITH DIAMONDS, constitutes proceeds traceable to an exchange for a controlled substance in violation of 21 U.S.C. § 841, and is therefore subject to civil forfeiture pursuant to 21 U.S.C. § 881(a)(6).

AND, the Court being satisfied that based upon the Verified Complaint for Forfeiture and the exhibit attached thereto, there is probable cause to believe that the above-described Defendant Property constitutes property traceable to drug sales, and is subject to arrest and forfeiture under 21 U.S.C. § 881(a)(6), and that grounds for application for issuance of a warrant of arrest in rem exist, title having vested in the

United States by operation of law.  21 U.S.C. § 881(h); 18 U.S.C. § 981(f).

YOU ARE, THEREFORE, HEREBY COMMANDED to arrest said Property.

YOU ARE FURTHER ORDERED to maintain custody of said Property as provided by 21 U.S.C. § 881 and 19 U.S.C. §1605 until further order of this Court, respecting the same.  The United States Marshals Service shall use its discretion and whatever means appropriate to protect, maintain and exercise dominion and control over said Defendant Property, and to bring it before this Court pursuant to 28 U.S.C. § 1355(d).

YOU ARE ALSO COMMANDED to serve upon the owner of record of the Defendant Property a copy of this Warrant in a manner consistent with the principles of service of process of an action <u>in rem</u> under the Supplemental Rules For Certain Admiralty and Maritime Claims, and the Federal Rules of Civil Procedure, within a reasonable time of arrest.  AND UPON APPLICATION of the Plaintiff, United States of America, and pursuant to the All Writs Act, 28 U.S.C. § 1651(a), the Court shall issue any order necessary to effectuate and prevent the frustration of the execution of this Warrant.

YOU ARE ALSO COMMANDED to give due notice to all persons and entities having an interest in the Defendant Property under arrest by publication in a newspaper of general circulation in the judicial district where the Defendant Property was arrested.

A RETURN of this Warrant shall be promptly made to the Court identifying the

individuals upon whom copies were served and the manner employed, and a statement as to the satisfaction of the orders herein issued.

All persons claiming an interest in said Defendant Property must file a verified statement identifying the interest or right with the Clerk of Court, United States District Court, District of Alaska, 222 W. 7th Avenue, #4, Anchorage, AK, 99513-7564, within 30 days after the earlier of receiving actual notice of execution of process or completed publication of notice, pursuant to Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims. Also pursuant to Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims, persons claiming an interest in said Property shall serve and file their answers within 20 days after the filing of the statement of interest with the Clerk of Court, United States District Court, with a copy thereof sent to Assistant United States Attorney Daniel R. Cooper, Jr., United States Attorney's Office, 222 W. 7th Avenue, #9, Room 253, Anchorage, AK 99513-7567.

Additional procedures and regulations regarding this forfeiture action are found at 19 U.S.C. §§ 1602–1619, and Title 21, United States Code of Federal Regulations, Sections 1316.71–1316.18.

DATED this __ day of _____, 2006 in Anchorage, Alaska.


_____
UNITED STATES DISTRICT JUDGE