## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

<u>  UNITED STATES OF AMERICA  </u>   v.   <u>  ONE CITIZEN GOLD WATCH WITH GOLD  </u>
                                        <u>  NUGGET BAND, et al.  </u>

THE HONORABLE JOHN W. SEDWICK

DEPUTY CLERK                                CASE NO.  <u>3:06-cv-00125-JWS</u>

<u>  Pam Richter  </u>

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**        DATE: May 26, 2006

---

The above-referenced case is referred to Magistrate Judge <u>Roberts</u> for disposition or findings and recommendations as appropriate pursuant to D.Ak.LMR 4:

| | | |
|---|---|---|
| <u>    </u> | (1) | Administrative Inspection warrants; |
| <u>    </u> | (2) | Matters relating to nonpayment of seaman's wages; |
| <u>    </u> | (3) | Habeas Corpus petitions initiated under 28 U.S.C. § 2254; |
| <u>    </u> | (4) | Motions Attacking Sentence under 28 U.S.C. § 2255; |
| <u>    </u> | (5) | Preferred ship mortgage foreclosures; |
| <u> XX </u> | (6) | Matters relating to the arrest, seizure or release of vessels and other property under the Supplemental Rules for Certain Admiralty and Maritime Claims; |
| <u>    </u> | (7) | Matters relating to the enforcement of administrative subpoenas. |

Revised 4/7/06