IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )  <br>     PLAINTIFF,                             )  <br>                                                  )  <br>     vs.                                         )  <br>                                                  )  <br> ONE CITIZEN WATCH WITH           )  <br> GOLD NUGGET BAND (s/n 245570  )  <br> AND ONE GOLD RING WITH          )  <br> DIAMONDS,                                 )  <br>     DEFENDANT.                          )  <br> _____ )  | Case #3:06-cv-125 (JWS) |

**NOTICE OF NON-REPRESENTATION**

COMES NOW LANCE C. WELLS and hereby files this notice of non-representation as to claimant Roderick Williams in the above matter. I am CJA appointed to represent Mr. Williams on his underlying criminal matter and did previously submit his claim to DEA Forfeiture Division in order to preserve his watch and ring from being immediately forfeited. Without additional CJA appointment, I cannot represent him on a pro-bono basis.

Dated: 6/5/06        Law Offices of Lance C. Wells, P.C.

By: s/Lance C. Wells
Lance C. Wells, Esq.
AK Bar #9206045
733 W. 4th Avenue, Suite 308
Anchorage, AK. 99501
Tel 907-274-9696
Fax 907-277-9859
Email lwells@gci.net

**Certificate of Service**

On 6/5/06 a copy of this document was served upon Daniel Cooper, AUSA via electronic transmission and upon Claimant Roderick Williams via hand courier delivery to Anchorage Jail 1300 W. 4th Avenue Anchorage, AK. 99501