DEBORAH M. SMITH
Acting United States Attorney

DANIEL R. COOPER, JR.
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-3376
Fax: (907) 271-3224
daniel.cooper@usdoj.gov
Alaska Bar No. 8211109

Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.   3:06-cv-00125-JWS-JDR |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| ONE CITIZEN WATCH WITH ) | **CERTIFICATE OF SERVICE** |
| GOLD NUGGET BAND ) | **ON RODERICK WILLIAMS** |
| (S/N 245570) AND ONE GOLD ) | |
| RING WITH ) | |
| DIAMONDS, ) | |
| ) | |
| Defendant. ) | |
| ) | |

COMES NOW Plaintiff United States of America, by and through counsel, and hereby declares under penalty of perjury that a true and correct copy of the Verified Complaint for Forfeiture, filed on May 26, 2006, was mailed, via

Certified U. S. Mail, Return Receipt Requested, No. 7000 0520 0023 4549 0988, to the following:

Roderick Williams
c/o Anchorage Correctional Complex East
1400 East 4th Avenue
Anchorage, AK 99501

The mail to Roderick Williams was received on May 27, 2006. Please find attached a copy of the signed Certified Mail Return Receipt.

DATED this 9th day of June, 2006 in Anchorage, Alaska.

DEBORAH M. SMITH
Acting United States Attorney

  /s Daniel R. Cooper, Jr.
DANIEL R. COOPER, JR.
Assistant U.S. Attorney
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-3376
Fax: (907) 271-3224
Email: daniel.cooper@usdoj.gov
Alaska Bar No. 8211109

**CERTIFICATE OF SERVICE**

I hereby certify that on June 9, 2006, a true and correct
copy of the foregoing CERTIFICATE OF SERVICE ON
RODERICK WILLIAMS was served on the following, as indicated:

Lance C. Wells, Counsel for Roderick Williams
Attorney At Law
733 W. 4th Ave., Suite 308
Anchorage, AK 99501

Roderick Williams
Anchorage Correctional Complex East
1400 East 4th Avenue
Anchorage, AK 99501

Henry Graper, Esq.
737 M Street
Anchorage, AK 99501

   /s Daniel R. Cooper, Jr.

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

| | | |
|---|---|---|
| Postage | $ 1.35 | 5/25/06 |
| Certified Fee | 2.40 | Postmark Here |
| Return Receipt Fee (Endorsement Required) | 1.85 | |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ 5.60 | |

Recipient's Name: RODERICK WILLIAMS
c/o Anchorage Correctional Complex East
Street, Apt. No.: 1400 East 4th Avenue
City, State, ZIP+4: Anchorage, AK 99501

PS Form 3800, February 2000

Article Number: 7000 0520 0023 4549 0988

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

RODERICK WILLIAMS
c/o Anchorage Correctional Complex East
1400 East 4th Avenue
Anchorage, AK 99501

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): W. Worthy
B. Date of Delivery: 5/27/06
C. Signature: X [signature]  ☐ Agent  ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail     ☐ Express Mail
   ☐ Registered         ☒ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Copy from service label): 7000 0520 0023 4549 0988

PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952