DEBORAH M. SMITH
Acting United States Attorney

DANIEL R. COOPER, JR.
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-3376
Fax: (907) 271-3224
daniel.cooper@usdoj.gov
Alaska Bar No. 8211109

Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | Case No.   3:06-cv-00125-JWS-JDR |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | |
| ONE CITIZEN WATCH WITH GOLD NUGGET BAND (S/N 245570) AND ONE GOLD RING WITH DIAMONDS, | ) | **CERTIFICATE OF SERVICE ON PAULA MARIE ROBERDS** |
| Defendant. | ) | |

COMES NOW Plaintiff United States of America, by and through counsel, and hereby declares under penalty of perjury that a true and correct copy of the Verified Complaint for Forfeiture, filed on May 26, 2006, was mailed, via

Certified U. S. Mail, Return Receipt Requested, No. 7000 0520 0023 4549 1138, to the following:

Paula Marie Roberds
c/o Anchorage Correctional Complex East
1400 East 4th Avenue
Anchorage, AK 99501

The mail to Paula Marie Roberds was received on June 23, 2006. Please find attached a copy of the signed Certified Mail Return Receipt.

DATED this 29th day of June, 2006 in Anchorage, Alaska.

> DEBORAH M. SMITH
> Acting United States Attorney
>
> /s Daniel R. Cooper, Jr.
> DANIEL R. COOPER, JR.
> Assistant U.S. Attorney
> 222 W. 7th Avenue, #9, Room 253
> Anchorage, AK 99513-7567
> Phone: (907) 271-3376
> Fax: (907) 271-3224
> Email: daniel.cooper@usdoj.gov
> Alaska Bar No. 8211109

**CERTIFICATE OF SERVICE**

I hereby certify that on June 29, 2006, a true and correct
copy of the foregoing CERTIFICATE OF SERVICE ON
PAULA MARIE ROBERDS was served on the following, as indicated:

Lance C. Wells, Counsel for Roderick Williams
Attorney At Law
733 W. 4th Ave., Suite 308
Anchorage, AK 99501

Paula Marie Roberds
Anchorage Correctional Complex East
1400 East 4th Avenue
Anchorage, AK 99501

Henry Graper, Esq.
737 M Street
Anchorage, AK 99501

   /s Daniel R. Cooper, Jr.



**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

| | | |
|---|---|---|
| Postage | $ 1.35 | 6/22/06 |
| Certified Fee | 2.40 | Postmark Here |
| Return Receipt Fee (Endorsement Required) | 1.85 | |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ 5.60 | |

Recipient's Name: Paula Marie Roberds
Street, Apt. No.; or PO B: Anchorage Correctional Complex East
1400 East 4th Avenue
City, State, ZIP+ 4: Anchorage, AK 99501

PS Form 3800, February 2000    See Reverse for Instructions

7000 0520 0023 4549 1138

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Paula Marie Roberds
Anchorage Correctional Complex East
1400 East 4th Avenue
Anchorage, AK 99501

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] Hipshman    ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Hipshman    C. Date of Delivery: 6/23/06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7000 0520 0023 4549 1138

PS Form 3811, August 2001    Domestic Return Receipt    102595-01-M-2509