NELSON COHEN
Interim United States Attorney

DANIEL R. COOPER, JR.
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-3376
Fax: (907) 271-3224
daniel.cooper@usdoj.gov
Alaska Bar No. 8211109

Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:06-cv-125-JWS |
| | ) | |
| Plaintiff, | ) | **STATUS REPORT TO THE COURT** |
| | ) | **CONCERNING NOTICE** |
| v. | ) | |
| | ) | |
| ONE CITIZEN WATCH WITH | ) | |
| GOLD NUGGET BAND, S/N 245570, | ) | |
| and ONE GOLD RING WITH | ) | |
| DIAMONDS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Plaintiff United States of America, by and through counsel, hereby notifies the Court that it appears that personal service of notice of this judicial forfeiture action must be reissued to the following individuals who are defendants in the related criminal case, United States v. Byron Williams, et al., Case No. 3:05-cr-00076-RRB: Byron Williams, Roderick Ondra Williams, Tonya E. Chaison, Paula Marie Roberds, and Shirlee Ann Kakaruk. Accordingly,

the government shall immediately direct personal service of the notice of forfeiture proceedings on the above-referenced individuals via Certified U.S. Mail, Return Receipt Requested. The government shall also immediately request the United States Marshals Service to publish notice of this judicial forfeiture action in the Anchorage Daily News, once a week for three consecutive weeks. Upon completion of the above-referenced personal service and publication, the government shall file notice with the Court. The undersigned apologizes for any inconvenience caused to the Court.

Respectfully submitted this 23rd day of August, 2006 in Anchorage, Alaska.

        NELSON COHEN
        Interim United States Attorney

        s/Daniel R. Cooper, Jr.
        DANIEL R. COOPER, JR.
        Assistant U.S. Attorney
        Federal Building & U.S. Courthouse
        222 W. 7th Avenue, #9, Room 253
        Anchorage, AK 99513-7567
        Phone: (907) 271-3376
        Fax: (907) 271-3224
        daniel.cooper@usdoj.gov

**CERTIFICATE OF SERVICE**

I declare that a true and correct copy of the foregoing STATUS REPORT TO THE COURT CONCERNING NOTICE was sent via U.S. Mail this 23rd day of August, 2006, to:

BYRON WILLIAMS  (#15145-006)
c/o SEATAC FDC
P.O. Box 13900
Seattle, WA 98198-1090

RODERICK WILLIAMS  (#15192-006)
c/o SEATAC FDC
P.O. Box 13900
Seattle, WA 98198-1090

TONYA E. CHAISON
c/o Anchorage Correctional Complex East
1400 E. 4th Avenue
Anchorage, AK 99501

PAULA MARIE ROBERDS
c/o Anchorage Correctional Complex East
1400 E. 4th Avenue
Anchorage, AK 99501

SHIRLEE ANN KAKARUK (#15252-006)
c/o SEATAC FDC
P.O. Box 13900
Seattle, WA 98198-1090

s/Daniel R. Cooper, Jr.