**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>3:06-cv-125-JWS |
|---|---|
| DEFENDANT<br>ONE CITIZEN WATCH, et al. | TYPE OF PROCESS<br>Personal Service |

**SERVE AT** { NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
PAULA MARIE ROBERDS

A[...]
C[...], AK 99501

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

KATIE VOKE
United States Attorney's Office
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567

RECEIVED
DEC 28 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

served with this Form 285

Number of parties to be served in this case

Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Please serve the attached Notice of judicial forfeiture on the above-referenced individual via Certified U.S. Mail, Return Receipt Requested.

[CATS Asset ID#: 06-DEA-461307]

Signature of Attorney other Originator requesting service on behalf of: Katie Voke / K Joy McCulloch
X PLAINTIFF
☐ DEFENDANT
TELEPHONE NUMBER: (907) 271-2304
DATE: 8/23/06

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY – DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process<br>1 | District of Origin<br>No. 06 | District to Serve<br>No. 06 | Signature of Authorized USMS Deputy or Clerk<br>Candice Eck[...] | Date<br>12/4/06 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*

Name and title of individual served *(if not shown above)*

☐ A person or suitable age and discretion then residing in the defendant's usual place of abode

Address *(complete only if different than shown above)*

Date of Service | Time | am/pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges *(including endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | |

REMARKS: First attempt sent certified mail return receipt #7001 2510 0002 1407 5263 returned on 12/6/06 unable to forward. Second attempt sent on 12/13/06 # 7001 2610 0002 14075188. Signed received on 12/18/06.

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*. To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 07/06



**CERTIFIED MAIL**

7001 2510 0002 1407 5263

**U.S. Department of Justice**

United States Marshals Service
District of Alaska

222 West Seventh Avenue #28, Room 170
Anchorage, AK 99513

Official Business
Penalty for Private Use $300

*[Handwritten annotations:]* Not here; Moved Left No address; Attempted-Not Known; Refused; Claimed; Mail Receptacle; Insufficient Address; Initials; Route #; Date

PAULA MARIE ROBERDS

NIXIE    995    1    01 12/08/06
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD
BC: 99513750099    *1989-00597-08-43

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

OFFICIAL USE

7001 2510 0002 1407 5263

Postage $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees $

Postmark Here    AK 99513

PAULA MARIE ROBERDS

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
PAULA MARIE ROBERDS

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:    ☐ No

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered    ☒ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

7001 2510 0002 1407 5263

Domestic Return Receipt    102595-01-M-2509

**NOTICE OF JUDICIAL FORFEITURE:**

<u>**UNITED STATES OF AMERICA v. ONE CITIZEN WATCH WITH GOLD NUGGET BAND, S/N 245570, AND ONE GOLD RING WITH DIAMONDS**</u>
**Case No. 3:06-cv-00125-JWS**

To all interested persons in the above-styled case, notice is hereby given that on May 26, 2006, the United States of America filed an action pursuant to 21 U.S.C. § 881(a)(6) and 28 U.S.C. §§ 1345 and 1355, for the forfeiture of ONE CITIZEN WATCH WITH GOLD NUGGET BAND, S/N 245570, AND ONE GOLD RING WITH DIAMONDS.

Pursuant to 18 U.S.C. § 983(a)(4), all persons claiming an interest in this property must file a claim asserting such interest in the manner set forth in the Supplemental Rule C for Certain Admiralty and Maritime Claims, not later than 30 days after the final publication of this notice, or service of the Government's complaint for forfeiture, whichever is earlier. The claim shall identify the interest or right in the property and be signed by the claimant under penalty of perjury. All persons asserting an interest in the property shall also file an answer to the Government's complaint not later than 20 days after the date of the filing of the claim.

All such claims and answers must be filed with the Office of the Clerk, U.S. District Court, 222 W. 7th Avenue, Box 4, Room 229, Anchorage, AK 99513-7564, with a copy thereof sent to Assistant U.S. Attorney, James Barkeley, at 222 W. 7th Avenue, #9, Room 253, Anchorage, AK 99513-7567.