USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and Route as specified below.

Case 3:06-cr-00125-JWS   Document 51   Filed 10/23/07   Page 1 of 4

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | 3:06-cv-125-JWS |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| ONE CITIZEN WATCH, et al. | Personal Service |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
TONYA E. CHAISON

ADDRESS (Street or RFD, Apartment No., City, State and ZIP)
...Complex East... 9501

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

KATIE VOKE
United States Attorney's Office
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567

RECEIVED
JAN 0 6 2007
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Please serve the attached Notice of judicial forfeiture on the above-referenced individual via Certified U.S. Mail, Return Receipt Requested.

[CATS Asset ID#: 06-DEA-461307]

Signature of Attorney other Originator requesting service on behalf of:
Katie Voke / K Joy McCulloch
X PLAINTIFF
☐ DEFENDANT
TELEPHONE NUMBER: (907) 271-2304
DATE: 8/23/06

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY – DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 06 | No. 06 | Carmen Eda | 12/4/06 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person or suitable age and discretion then residing in the defendant's usual place of abode

Address (complete only if different than shown above)

Date os Service | Time | am / pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | |

REMARKS: First attempt sent certified mail return receipt # 7001 2510 0002 5287 on 12/5/06 returned moved. Second attempt sent certified mail return receipt on 12/13/06 # 7001 2510 0002 1407 4109 returned not deliverable. Return to court on 1/8/07.

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLNG STATEMENT*. To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 07/06

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

TONYA E CHAISON

7001 2510 0002 1407 5287

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

TONYA E CHAISON

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature
   ☐ Agent
   ☐ Addressee
B. Received by ( Printed Name )   C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2510 0002 1407 5287

PS ... Domestic Return Receipt   102595-01-M-2509

**U.S. Department of Justice**
United States Marshals Service
District of Alaska
222 West Seventh Avenue #28, Room 170
Anchorage, AK 99513

Official Business
Penalty for Private Use $300

Moved, Left No Address
Attempted-Not Known
Unclaimed —— Refused
No Mail Receptacle
Insufficient Address
...er Initials —— Route # ____ Date ____

CERTIFIED MAIL

7001 2510 0002 1407 5287

9951327500

TONYA E CHAISON

995    1    01 12/08/06
BC: 9951375O099   *1909-00590-06-43
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

ANCHORAGE AK 99507

| | | | |
|---|---|---|---|
| Postage | $ | .39 | 0535 |
| Certified Fee | | 2.40 | 07  Postmark Here |
| Return Receipt Fee (Endorsement Required) | | 1.85 | |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 | |
| Total Postage & Fees | $ | 4.64 | 12/13/2006 |

Sent To  Tonya Chaison
Street, Apt. No.

7001 2510 0002 1407 4709

---

U.S. Department of Justice
United States Marshals Service
District of Alaska
222 West Seventh Avenue #28, Room 170
Anchorage, AK 99513

Official Business
Penalty for Private Use $300

UNITED STATES POSTAL SERVICE

0000  99507

U.S. POSTAGE PAID
ANCHORAGE, AK 99501
DEC 13 '06
AMOUNT
$0.00
00033218-07

RETURN RECEIPT REQUESTED

CERTIFIED MAIL

TONYA CHAISON

9513750099
1
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

995   01 12/15/06
*0172-06605-13-43

FIRST CLASS

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   TONYA CHAISON

2. Article Number  7001 2510 0002 1407 4709

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____    ☐ Agent   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

PS Form, Domestic Return Receipt    102595-01-M-2509

**NOTICE OF JUDICIAL FORFEITURE:**

<u>**UNITED STATES OF AMERICA v. ONE CITIZEN WATCH WITH GOLD NUGGET BAND, S/N 245570, AND ONE GOLD RING WITH DIAMONDS**</u>
**Case No. 3:06-cv-00125-JWS**

To all interested persons in the above-styled case, notice is hereby given that on May 26, 2006, the United States of America filed an action pursuant to 21 U.S.C. § 881(a)(6) and 28 U.S.C. §§ 1345 and 1355, for the forfeiture of ONE CITIZEN WATCH WITH GOLD NUGGET BAND, S/N 245570, AND ONE GOLD RING WITH DIAMONDS.

Pursuant to 18 U.S.C. § 983(a)(4), all persons claiming an interest in this property must file a claim asserting such interest in the manner set forth in the Supplemental Rule C for Certain Admiralty and Maritime Claims, not later than 30 days after the final publication of this notice, or service of the Government's complaint for forfeiture, whichever is earlier. The claim shall identify the interest or right in the property and be signed by the claimant under penalty of perjury. All persons asserting an interest in the property shall also file an answer to the Government's complaint not later than 20 days after the date of the filing of the claim.

All such claims and answers must be filed with the Office of the Clerk, U.S. District Court, 222 W. 7th Avenue, Box 4, Room 229, Anchorage, AK 99513-7564, with a copy thereof sent to Assistant U.S. Attorney, James Barkeley, at 222 W. 7th Avenue, #9, Room 253, Anchorage, AK 99513-7567.