USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**

| | |
|---|---|
| **PLAINTIFF** UNITED STATES OF AMERICA | **COURT CASE NUMBER** 3:06-cv-125-JWS |
| **DEFENDANT** ONE CITIZEN WATCH, et al. | **TYPE OF PROCESS** Personal Service |

**SERVE AT** — NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
BYRON WILLIAMS (#15145-006)

Pay to the Treasurer of the United States
Clerk, U.S. District Court
JAN 1 0 2007
Symbol No. 4606   Deposit No. _____

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

KATIE VOKE
United States Attorney's Office
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567

Number of process to be served with this Form 285
Number of parties to be served in this case
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Please serve the attached Notice of judicial forfeiture on the above-referenced individual via Certified U.S. Mail, Return Receipt Requested.

[CATS Asset ID#: 06-DEA-461307]

Signature of Attorney other Originator requesting service on behalf of: Katie Voke K. [signature] McCulloch  X PLAINTIFF  ☐ DEFENDANT   TELEPHONE NUMBER (907) 271-2304   DATE 8/23/06

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY – DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) — Total Process: 1 — District of Origin: No. 06 — District to Serve: No. 06 — Signature of Authorized USMS Deputy or Clerk: [signature] — Date: 12/4/06

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above): _____
☐ A person or suitable age and discretion then residing in the defendant's usual place of abode
Address (complete only if different than shown above): _____
Date of Service: 12/18/06   Time: 8:00 pm
Signature of U.S. Marshal or Deputy: [signature]

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | |

REMARKS: ~~Sent certified mail return receipt requested #7001 1402 5317 on 12/6/06~~
Amended: Received envelope on 12/27/06 unexecuted. Return to Court on 1/8/07.

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*. To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 07/06

