NELSON P. COHEN
United States Attorney

DANIEL R. COOPER, JR.
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-3376
Fax: (907) 271-3224
daniel.cooper@usdoj.gov
Alaska Bar No. 8211109

Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | Case No. 3:06-cv-125-JWS |
|---|---|---|
| Plaintiff, | ) | **APPLICATION FOR ENTRY OF DEFAULT BY CLERK OF COURT** |
| v. | ) | |
| ONE CITIZEN WATCH WITH GOLD NUGGET BAND, S/N 245570, and ONE GOLD RING WITH DIAMONDS, | ) | |
| Defendant. | ) | |

Plaintiff United States of America, by and through counsel, applies to the Clerk of Court for entry of default in favor of the United States and against Byron Williams, Roderick Williams, Paula Roberds, Shirlee Kakaruk, and all those persons and entities claiming an interest in the defendant property in this case, for failure to plead, answer, or otherwise defend, as required by law.

This application is based on the record and file in this case and the attached affidavit.

DATED this 29th day of January, 2007 in Anchorage, Alaska.

>NELSON COHEN
>Interim United States Attorney
>
>s/Daniel R. Cooper, Jr.
>DANIEL R. COOPER, JR.
>Assistant U.S. Attorney
>Federal Building & U.S. Courthouse
>222 W. 7th Avenue, #9, Room 253
>Anchorage, AK 99513-7567
>Phone: (907) 271-3376
>Fax: (907) 271-3224
>daniel.cooper@usdoj.gov

**CERTIFICATE OF SERVICE**
I declare that a true and correct copy of the foregoing Application, Affidavit and proposed Entry of Default filed herewith, via U.S. Mail this 29th day of January, 2007, to:

BYRON WILLIAMS (#15145-006)
c/o SEATAC FDC
P.O. Box 13900
Seattle, WA 98198-1090

RODERICK WILLIAMS (#15192-006)
c/o SEATAC FDC
P.O. Box 13900
Seattle, WA 98198-1090

PAULA MARIE ROBERDS (#15210-006)
c/o SEATAC FDC
P.O. Box 13900
Seattle, WA 98198-1090

SHIRLEE ANN KAKARUK (#15252-006)
c/o SEATAC FDC
P.O. Box 13900
Seattle, WA 98198-1090

s/Daniel R. Cooper, Jr.