IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:06-cv-125-JWS |
| | ) | |
| Plaintiff, | ) | **ENTRY OF DEFAULT** |
| | ) | |
| v. | ) | |
| | ) | |
| ONE CITIZEN WATCH WITH GOLD NUGGET BAND, S/N 245570, and ONE GOLD RING WITH DIAMONDS, | ) ) ) ) | |
| | ) | |
| Defendant. | ) ) | |

WHEREAS notice of this judicial forfeiture action has been published in the Anchorage Daily News on December 10, 17, and 24, 2006;

AND WHEREAS according to the record in this case and the Affidavit of Counsel for the plaintiff, Byron Williams, Roderick Williams, Paula Roberds, and Shirlee Ann Kakaruk, have not pled or otherwise defended in said action as required by said notice and provided by the Federal Rules of Civil Procedure and the Supplemental Rules for Certain Admiralty and Maritime Cases;

AND WHEREAS according to the record in this case and the Affidavit of Counsel for the plaintiff, no other persons or entities have pled or otherwise defended in said action as required by said notice and provided by the Federal Rules of Civil Procedure and the Supplemental Rules for Certain Admiralty and Maritime Cases;

IT IS THEREFORE ORDERED, on request of counsel for plaintiff, the DEFAULT is hereby entered of Byron Williams, Roderick Williams, Paula Roberds, Shirlee Ann Kakaruk, and of all persons and entities claiming an interest in the defendant property, excluding those who have filed claims and answers pursuant to Rule C of the Supplemental Rules for Certain Admiralty and Maritime Cases or complaints in intervention in the above-captioned case.

DATED:_____

_____
IDA ROMACK, Clerk of the Court
Deputy Clerk:_____

U.S. v. ONE CITIZEN WATCH, et al.
Case No. 3:06-cv-125-JWS

2