NELSON P. COHEN
United States Attorney

DANIEL R. COOPER, JR.
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-3376
Fax: (907) 271-3224
daniel.cooper@usdoj.gov
Alaska Bar No. 8211109

Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ONE CITIZEN WATCH WITH<br>GOLD NUGGET BAND, S/N 245570,<br>and ONE GOLD RING WITH<br>DIAMONDS,<br><br>    Defendant. | Case No. 3:06-cv-125-JWS<br><br>**AFFIDAVIT OF COUNSEL IN SUPPORT OF APPLICATION FOR ENTRY OF DEFAULT** |

STATE OF ALASKA    )
                              )ss.
THIRD JUDICIAL DISTRICT  )

    DANIEL R. COOPER, JR., being duly sworn under oath, deposes and states as follows:

1.  That I am an Assistant U.S. Attorney for the District of Alaska, duly authorized to act as an attorney for the plaintiff herein.

2.  That notice of this judicial forfeiture action was published in the Anchorage Daily News on December 10, 17, and 24, 2006. Docket 20.

3.  That on May 26, 2006, a true and correct copy of the Verified Complaint for Forfeiture in this case was sent to Roderick Williams, c/o Anchorage Correctional Complex East, 1400 E. 4th Avenue, Anchorage, AK 99501, via Certified U.S. Mail, Return Receipt Requested. The mail to Mr. Williams was signed for on May 27, 2006. Certificate of Service on Roderick Williams (docket 8).

4.  That on May 26, 2006, a true and correct copy of the Verified Complaint for Forfeiture in this case was sent to Paula Roberds, c/o Anchorage Correctional Complex East, 1400 E. 4th Avenue, Anchorage, AK 99501, via Certified U.S. Mail, Return Receipt Requested. The mail to Ms. Roberds was signed for on June 23, 2006. Certificate of Service on Paula Roberds (docket 9).

5.  That Byron Williams was personally served with notice of this judicial forfeiture action on December 11, 2006, via Certified U.S. Mail, Receipt Requested (docket 13).

6.  That Roderick Williams was personally served with notice of this judicial forfeiture action on December 11, 2006, via Certified U.S. Mail, Receipt Requested. (docket

14).

7. That Shirlee Ann Kakaruk was personally served with notice of this judicial forfeiture action on December 11, 2006, via Certified U.S. Mail, Receipt Requested (docket 15).

8. That Paula Roberds was personally served with notice of this judicial forfeiture action on December 18, 2006, via Certified U.S. Mail, Receipt Requested (docket 16).

9. That to the best of my information and knowledge, Byron Williams, Roderick Williams, Paula Roberds, and Shirlee Ann Kakaruk are not infants or incompetent persons, and are not in the military service within the purview of the Soldiers' and Sailors' Relief Act of 1940, as amended.

10. That more than 30 days have elapsed since Byron Williams, Roderick Williams, Paula Roberds, and Shirlee Ann Kakaruk were personally served with notice of this judicial forfeiture action, and no verified statement of interest or answer has been served or filed, and the time for doing so has now fully elapsed, and therefore said individuals are now in default.

11. That more than 30 days have elapsed since final publication of the notice of this judicial forfeiture action, and no verified statement of interest or answer has been served or filed by Byron Williams, Roderick Williams, Paula Roberds, Shirlee Ann Kakaruk, or any

other persons or entities claiming an interest in the defendant property.

EXECUTED this 29th day of January, 2007 in Anchorage, Alaska.

_____
DANIEL R. COOPER, JR.
Assistant U.S. Attorney

SUBSCRIBED AND SWORN TO before me on this 29th day of January, 2007 in

Anchorage, Alaska.

_____
NOTARY PUBLIC, State of Alaska
My commission expires: