NELSON P. COHEN
United States Attorney

DANIEL R. COOPER, JR.
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-3376
Fax: (907) 271-3224
daniel.cooper@usdoj.gov
Alaska Bar No. 8211109

Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>ONE CITIZEN WATCH WITH GOLD NUGGET BAND, S/N 245570, and ONE GOLD RING WITH DIAMONDS,<br><br>            Defendant. | Case No. 3:06-cv-125-JWS<br><br>**MOTION FOR ENTRY OF DEFAULT JUDGMENT** |

Plaintiff United States of America, by and through counsel, pursuant to Federal Rule of Civil Procedure 55(b), moves this Court for entry of a default judgment in favor of the United States and against Byron Williams, Roderick Williams, Paula Roberds, Shirlee Kakaruk, and all those persons and entities claiming an interest in the defendant property in this case, for failure to plead, answer, or otherwise defend, as required by law.

This motion is based on the Entry of Default filed by the Clerk of Court on January 30, 2007 (docket 23), the attached Affidavit of Counsel, and the record in this case.

Respectfully submitted this 19th day of June, 2007, in Anchorage, Alaska.

        NELSON P. COHEN
        United States Attorney

        s/Daniel R. Cooper, Jr.
        DANIEL R. COOPER, JR.
        Assistant U.S. Attorney
        Federal Building & U.S. Courthouse
        222 W. 7th Avenue, #9, Room 253
        Anchorage, AK 99513-7567
        Phone: (907) 271-3376
        Fax: (907) 271-3224
        daniel.cooper@usdoj.gov
        Alaska Bar No. 8211109

**CERTIFICATE OF SERVICE**

I declare that a true and correct copy of the foregoing MOTION FOR ENTRY OF DEFAULT JUDGMENT and proposed DEFAULT JUDGMENT were sent via U.S. Mail this 19th day of June, 2007, to:

BYRON WILLIAMS (#15145-006)
c/o HERLONG FCI
Federal Correctional Institution
P.O. Box 800
Herlong, CA 96113

RODERICK WILLIAMS (#15192-006)
c/o TUCSON USP
U.S. Penitentiary
P.O. Box 24550
Tucson, AZ 85734

SHIRLEE ANN KAKARUK (#15252-006)
c/o CARSWELL FMC
Federal Medical Center
P.O. Box 27137
Fort Worth, TX 76127

PAULA MARIE ROBERDS
1303 W. 23rd Street, Apt. 28
Anchorage, AK 99503

s/Daniel R. Cooper, Jr.