NELSON P. COHEN
United States Attorney

DANIEL R. COOPER, JR.
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-3376
Fax: (907) 271-3224
daniel.cooper@usdoj.gov
Alaska Bar No. 8211109

Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:06-cv-125-JWS |
| | ) | |
| Plaintiff, | ) | **AFFIDAVIT OF COUNSEL** |
| | ) | **IN SUPPORT OF MOTION FOR** |
| v. | ) | **ENTRY OF DEFAULT JUDGMENT** |
| | ) | |
| ONE CITIZEN WATCH WITH | ) | |
| GOLD NUGGET BAND, S/N 245570, | ) | |
| and ONE GOLD RING WITH | ) | |
| DIAMONDS, | ) | |
| | ) | |
| Defendant. | ) | |

STATE OF ALASKA        )
                                    )ss.
THIRD JUDICIAL DISTRICT   )

   DANIEL R. COOPER, JR., being duly sworn under oath, deposes and states as follows:

   1. That I am an Assistant U.S. Attorney for the District of Alaska, duly authorized

to act as an attorney for the plaintiff herein.

2.      Entry of Default was filed by the Clerk of Court on January 30, 2007, as against Byron Williams, Roderick Williams, Paula Roberds, Shirlee Kakaruk, and all those persons and entities claiming an interest in the defendant property in this case, for failure to plead, answer, or otherwise defend, as required by law. Docket 23.

3.      No verified claim or answer has been served or filed by any person or entity in this action, and therefore, the United States is entitled to judgment by default against all persons and entities claiming an interest in the defendant property.

EXECUTED this 19th day of June, 2007, in Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

_____
DANIEL R. COOPER, JR.
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-3376
Fax: (907) 271-3224
daniel.cooper@usdoj.gov

SUBSCRIBED AND SWORN TO before me this 19th day of June, 2007.

_____
NOTARY PUBLIC, State of Alaska
My commission expires:

**CERTIFICATE OF SERVICE**

I declare that a true and correct copy of the foregoing AFFIDAVIT OF COUNSEL was sent via U.S. Mail this 19th day of June, 2007, to:

BYRON WILLIAMS (#15145-006)
c/o HERLONG FCI
Federal Correctional Institution
P.O. Box 800
Herlong, CA 96113

RODERICK WILLIAMS (#15192-006)
c/o TUCSON USP
U.S. Penitentiary
P.O. Box 24550
Tucson, AZ 85734

SHIRLEE ANN KAKARUK (#15252-006)
c/o CARSWELL FMC
Federal Medical Center
P.O. Box 27137
Fort Worth, TX 76127

PAULA MARIE ROBERDS
1303 W. 23rd Street, Apt. 28
Anchorage, AK 99503

_Katie Loke_
Office of the United States Attorney