IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 3:06-cv-00125-JWS |
| ) | |
| Plaintiff, ) | **DEFAULT JUDGMENT** |
| ) | |
| v. ) | |
| ) | |
| ONE CITIZEN WATCH WITH ) | |
| GOLD NUGGET BAND, S/N 245570, ) | |
| and ONE GOLD RING WITH ) | |
| DIAMONDS, ) | |
| ) | |
| Defendants. ) | |
| ) | |

WHEREAS the Entry of Default was filed by the Clerk of Court on January 30, 2007;

AND WHEREAS according to the record in this case and the Affidavit of Counsel for the plaintiff, Byron Williams, Roderick Williams, Paula Roberds, and Shirlee Kakaruk have failed to plead or otherwise defend as required by the notice of this judicial forfeiture action and provided by the Federal Rules of Civil Procedure and the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions;

AND WHEREAS according to the record in this case and the Affidavit of Counsel for the plaintiff, no persons or entities have pled or otherwise defended in said action as required by said notice and provided by the Federal Rules of Civil Procedure and the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions;

IT IS THEREFORE ORDERED, on request of counsel for plaintiff, the DEFAULT JUDGMENT is hereby entered of Byron Williams, Roderick Williams, Paula Roberds, Shirlee Kakaruk, and of all persons and entities claiming an interest in the defendant

property.

    DATED: June 27, 2007

                                            /s/John W. Sedwick  
                                         HON. JOHN W. SEDWICK  
                                         United States District Court Judge