NELSON P. COHEN
United States Attorney

DANIEL R. COOPER, JR.
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-3376
Fax: (907) 271-3224
daniel.cooper@usdoj.gov
Alaska Bar No. 8211109

Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:06-cv-125-JWS |
| | ) | |
| Plaintiff, | ) | **MOTION FOR DECREE OF FORFEITURE** |
| | ) | |
| v. | ) | |
| | ) | |
| ONE CITIZEN WATCH WITH GOLD NUGGET BAND, S/N 245570, and ONE GOLD RING WITH DIAMONDS, | ) ) ) ) | |
| | ) | |
| Defendants. | ) ) | |

COMES NOW plaintiff United States of America, by and through counsel, pursuant to Fed. R. Civ. P. 55 and Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, and respectfully moves this Court for entry of a decree of forfeiture. Said motion is supported by the previously filed Verified Complaint for Forfeiture, *In Rem* Warrant of Arrest, and the attached Declaration of Counsel. A proposed

decree of forfeiture is submitted herewith.

DATED this 29th day of August, 2007, in Anchorage, Alaska.

        NELSON COHEN
        United States Attorney

        s/Daniel R. Cooper, Jr.
        DANIEL R. COOPER, JR.
        Assistant U.S. Attorney
        Federal Building & U.S. Courthouse
        222 W. 7th Avenue, #9, Room 253
        Anchorage, AK 99513-7567
        Phone: (907) 271-3376
        Fax: (907) 271-3224
        daniel.cooper@usdoj.gov