NELSON P. COHEN
United States Attorney

DANIEL R. COOPER, JR.
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-3376
Fax: (907) 271-3224
daniel.cooper@usdoj.gov
Alaska Bar No. 8211109

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                                             )<br>                        Plaintiff,           )<br>                                                             )<br>             v.                                          )<br>                                                             )<br>ONE CITIZEN WATCH WITH             )<br>GOLD NUGGET BAND, S/N 245570, )<br>and ONE GOLD RING WITH             )<br>DIAMONDS,                                       )<br>                                                             )<br>                        Defendants.       )<br>_____) | Case No. 3:06-cv-125-JWS<br><br>**DECLARATION OF COUNSEL**<br>**IN SUPPORT OF MOTION FOR**<br>**DECREE OF FORFEITURE** |

     I, DANIEL R. COOPER, JR., am an Assistant United States Attorney and represent the plaintiff, the United States of America, in this action.

     1.    A Verified Complaint for Forfeiture was filed on May 26, 2006. Docket 1. The Complaint alleges that the defendant, described as ONE CITIZEN WATCH WITH GOLD NUGGET BAND, S/N 245570, and ONE GOLD RING WITH DIAMONDS ("Defendant Property"), constitutes a thing of value and proceeds traceable to an exchange

for a controlled substance in violation of 21 U.S.C. § 841, and is therefore subject to civil forfeiture pursuant to 21 U.S.C. § 881(a)(6).

2. A true and correct copy of the Verified Complaint for Forfeiture in this case was sent to Roderick Williams, c/o Anchorage Correctional Complex East, 1400 E. 4th Avenue, Anchorage, AK 99501, on May 26, 2006, via Certified U.S. Mail, Return Receipt Requested. The mail to Mr. Williams was signed for on May 27, 2006. Certificate of Service on Roderick Williams (docket 8).

3. A true and correct copy of the Verified Complaint for Forfeiture in this case was sent to Paula Roberds, c/o Anchorage Correctional Complex East, 1400 E. 4th Avenue, Anchorage, AK 99501, on May 26, 2006, via Certified U.S. Mail, Return Receipt Requested. The mail to Ms. Roberds was signed for on June 23, 2006. Certificate of Service on Paula Roberds (docket 9).

4. Notice of this judicial forfeiture action was published by the United States Marshals Service in the Anchorage Daily News on December 10, 17, and 24, 2006. Docket 20. Said Notice provided that all persons interested in the defendant property were required to file their verified statements with the Clerk of Court within 30 days of the earlier of receiving actual notice of execution of process or completed publication of notice, pursuant to former Rule C (now Rule G) of the Supplemental Rules for Certain Admiralty and Maritime Claims. Also pursuant to the Supplemental Rules for Certain Admiralty and Maritime Claims, persons claiming an interest in said property shall serve and file their

answers within 20 days after the filing of the statement of interest with the Clerk of Court, United States District Court, with a copy thereof sent to the undersigned.

3. Byron Williams was personally served with Notice of this judicial forfeiture action via U.S. Certified Mail, Return Receipt Requested, on December 11, 2006.  Docket 13.

4. Roderick Ondra Williams was personally served with Notice of this judicial forfeiture action via U.S. Certified Mail, Return Receipt Requested, on December 11, 2006. Docket 14.

5. Shirlee Ann Kakaruk was personally served with Notice of this judicial forfeiture action via U.S. Certified Mail, Return Receipt Requested, on December 11, 2006. Docket 15.

6. That Paula Roberds was personally served with notice of this judicial forfeiture action on December 18, 2006, via Certified U.S. Mail, Receipt Requested.  Docket 16.

7. On January 30, 2007, the Clerk of Court granted an Entry of Default as to Byron Williams, Roderick Williams, Paula Roberds, Shirlee Ann Kakaruk, and all persons and entities claiming an interest in the Defendant Property.  Docket 23.

8. No other claims or answers have been filed in this action.

9. On June 27, 2007, the Court entered a Default Judgment in favor of the United States and against Byron Williams, Roderick Williams, Paula Roberds, Shirlee Ann Kakaruk, and all persons and entities claiming an interest in the Defendant Property for failure to

plead, answer, or otherwise defend, as required by law. Docket 26.

10. Declarant knows of no reason why a decree for the forfeiture of the Defendant Property should not now be entered.

I declare under penalty of perjury that the foregoing is true and correct, to the best of my knowledge.

EXECUTED this 29th day of August, 2007, in Anchorage, Alaska.

    NELSON COHEN
    United States Attorney

    s/Daniel R. Cooper, Jr.
    DANIEL R. COOPER, JR.
    Assistant U.S. Attorney
    Federal Building & U.S. Courthouse
    222 W. 7th Avenue, #9, Room 253
    Anchorage, AK 99513-7567
    Phone: (907) 271-3376
    Fax: (907) 271-3224
    daniel.cooper@usdoj.gov