IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 3:06-cv-125-JWS |
| ) | |
| Plaintiff, ) | **DECREE OF FORFEITURE** |
| ) | |
| v. ) | |
| ) | |
| ONE CITIZEN WATCH WITH ) | |
| GOLD NUGGET BAND, S/N 245570, ) | |
| and ONE GOLD RING WITH ) | |
| DIAMONDS, ) | |
| ) | |
| Defendants. ) | |
| ) | |

On May 26, 2006, a Verified Complaint for Forfeiture against the defendant property was filed on behalf of the plaintiff, United States of America. The Complaint alleged that the defendant, described as ONE CITIZEN WATCH WITH GOLD NUGGET BAND, S/N 245570, and ONE GOLD RING WITH DIAMONDS ("Defendant Property"), constitutes a thing of value and proceeds traceable to an exchange for a controlled substance in violation of 21 U.S.C. § 841, and is therefore subject to civil forfeiture pursuant to 21 U.S.C. § 881(a)(6).

It appearing that process was fully issued in this action and returned according to law;

The Defendant Property is now in the custody of the United States Marshals Service;

That Notice of this judicial forfeiture action was published in the Anchorage Daily News on December 10, 17, and 24, 2006.

That on May 26, 2006, a true and correct copy of the Verified Complaint for Forfeiture in this case was sent to Roderick Williams, c/o Anchorage Correctional Complex

East, 1400 E. 4th Avenue, Anchorage, AK 99501, via Certified U.S. Mail, Return Receipt Requested. The mail to Mr. Williams was signed for on May 27, 2006.

That on May 26, 2006, a true and correct copy of the Verified Complaint for Forfeiture in this case was sent to Paula Roberds, c/o Anchorage Correctional Complex East, 1400 E. 4th Avenue, Anchorage, AK 99501, via Certified U.S. Mail, Return Receipt Requested. The mail to Ms. Roberds was signed for on June 23, 2006.

That Byron Williams was personally serviced with Notice of this judicial forfeiture action on December 11, 2006, via Certified U.S. Mail, Receipt Requested.

That Roderick Williams was personally serviced with Notice of this judicial forfeiture action on December 11, 2006, via Certified U.S. Mail, Receipt Requested.

That Shirlee Ann Kakaruk was personally served with Notice of this judicial forfeiture action on December 11, 2006, via Certified U.S. Mail, Receipt Requested.

That Paula Roberds was personally served with Notice of this judicial forfeiture action on December 18, 2006, via Certified U.S. Mail, Receipt Requested.

That on January 30, 2007, the Clerk of Court granted an Entry of Default as to Byron Williams, Roderick Williams, Paula Roberds, Shirlee Ann Kakaruk, and all persons and entities claiming an interest in the Defendant Property.

That on June 27, 2007, the Court issued a Default Judgment in favor of the United States and against Byron Williams, Roderick Williams, Paula Roberds, Shirlee Ann Kakaruk,

and all persons and entities claiming an interest in the Defendant Property for failure to plead, answer, or otherwise defend, as required by law.

That no other claims or answers have been filed in this action.

Now, therefore, on motion of the plaintiff, United States of America, for a decree of forfeiture, it is hereby

ORDERED, ADJUDGED AND DECREED that the Defendant Property, ONE CITIZEN WATCH WITH GOLD NUGGET BAND, S/N 245570, and ONE GOLD RING WITH DIAMONDS, be forfeited to the United States of America, and no right, title, or interest in the property shall exist in any other party.  The Defendant Property shall be disposed of by the United States Marshals Service according to law.

    DATED: August 31, 2007       /s/ HON. JOHN W. SEDWICK
                                                    United States District Court